1

2                    IN THE UNITED STATES DISTRICT COURT

3                  FOR THE EASTERN DISTRICT OF CALIFORNIA

4

5

6

7   BILL J. PROCTOR,

8              Plaintiff,            CV F 06 1086 OWW WMW PC

9       vs.                         ORDER RE MOTION (DOC 8)

10

11

12   DEPUTY SAFFORD, et al.,

13              Defendants.

14

15       Plaintiff has filed a motion for leave to file an amended complaint.  There has been no

16   service of process, and no defendant has entered an appearance.  Plaintiff's motion should

17   therefore be granted pursuant to Federal Rule of Civil Procedure 15(a).

18       Plaintiff is informed that the court cannot refer to a prior pleading in order to make

19   plaintiff's amended complaint complete.  Local Rule 15-220 requires that an amended complaint

20   be complete in itself without reference to any prior pleading.  This is because, as a  general rule,

21   an amended complaint supersedes the original complaint.  See Loux v. Rhay, 375 F.2d 55, 57

22   (9th Cir. 1967).  Once plaintiff files an amended complaint, the original pleading no longer

23   serves any function in the case.  Therefore, in an amended complaint, as in an original complaint,

24   each claim and the involvement of each defendant must be sufficiently alleged.

25       In accordance with the above, IT IS HEREBY ORDERED that:

26

                                          1

1           1.  Plaintiff's motion for leave to file an amended complaint is grant and

2           2.  Plaintiff is granted thirty days from the date of service of this order to file a

3 first amended complaint that complies with the requirements of the Civil Rights Act, the Federal

4 Rules of Civil Procedure, and the Local Rules of Practice; the amended complaint must bear the

5 docket number assigned this case and must be labeled "First Amended Complaint."

6

7

8

9 IT IS SO ORDERED.

10 **Dated:     June 26, 2008**                          /s/  **William M. Wunderlich**
                                                                   UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26