IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILL J. PROCTOR, | 1:06-cv-1086 OWW WMW (PC) |
| Plaintiff, | ORDER GRANTING SECOND MOTION TO EXTEND TIME TO FILE FIRST AMENDED COMPLAINT |
| vs. | |
| SAFFORD, et al., | (DOCUMENT #13) |
| Defendants. | THIRTY DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  On August 25, 2008,  plaintiff filed a motion to extend time to file his first amended complaint .  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file his first amended complaint.

IT IS SO ORDERED.

**Dated:    August 28, 2008**          /s/  William M. Wunderlich
                                        UNITED STATES MAGISTRATE JUDGE